# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# CHARLOTTE DIVISION
# NO: 3:04CR271

| | |
|---|---|
| **UNITED STATES OF AMERICA,** ) | |
| Plaintiff ) | |
| vs. ) | |
| ) | **ORDER** |
| **OSCAR SOLANO-SANCHEZ,** ) | |
| Defendant. ) | |

**THIS MATTER IS BEFORE THE COURT** with respect to a "Motion for Preliminary Hearing" (Document No. 76), filed June 7, 2005 by Oscar Solano-Sanchez. In the Motion, Mr. Solano-Sanchez asks for a "preliminary hearing to protect [his] rights under the Fourth, Fifth and Sixth Amendments." Mr. Solano-Sanchez asserts that he has been in pre-trial detention for approximately nine months while awaiting trial and that he wants a speedy trial.

The record reflects that Mr. Solano-Sanchez is represented by appointed counsel, Richard Lamb Brown, Jr. It is the practice of this Court, when a defendant is represented by counsel, to rule on motions filed only by counsel of record. Therefore, if Mr. Solano-Sanchez has any matters he wishes this Court to consider, they must be submitted through his attorney.

**IT IS, THEREFORE, ORDERED** that the "Motion for Preliminary Hearing" (Document No. 76) is **DENIED** without prejudice to Mr. Solano-Sanchez's right to re-file the motions, if appropriate, through his attorney.

**Signed: June 30, 2005**

_____
David C. Keesler
United States Magistrate Judge